**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 04-cv-02066-REB-PAC

MARCUS JOHNSTON,

    Plaintiff

vs.

FOOTHILLS II EXCAVATING & UTILITIES, INC. and
FRONT RANGE II EXCAVATING & UTILITIES, INC.
    Defendants.

## GARNISHEE ORDER

**Blackburn, J.**

On January 18, 2006, this court entered judgment [#35] against the defendants for the sum of $18,761.27, plus costs and interest. The garnishee, Colorado Civil Construction, Inc., has been served with a writ of garnishment. Colorado Civil Construction, Inc. has answered the writ of garnishment and has indicated that it is indebted to the defendants. No claim of exemption has been filed within 10 days after service of Notice of Levy on the Defendants.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That Colorado Civil Construction, Inc., 5445 DTC Parkway, #800, Greenwood Village, CO 80111, as garnishee, shall pay into the court the sum of $19,500.00;

    2. That after such payment is received by the court, Colorado Civil Construction, Inc., shall be released and discharged as garnishee; and

      3.  That any excess funds being held by the garnishee shall be released or returned to the judgment debtor.

      Dated November 9, 2006, at Denver, Colorado.

                           **BY THE COURT:**

                           <u>**s/ Robert E. Blackburn**</u>
                           **Robert E. Blackburn**
                           **United States District Judge**